# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10858
_____

ROBERT EARL HOWARD,
DAMON PETERSON,
CARL TRACY BROWN,
WILLIE WATTS,

                                          *Plaintiffs-Appellants,*

versus

MELINDA N. COONROD,
RICHARD D. DAVISON,
DAVID A. WYANT,

                                          *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cv-00062-PGB-EJK

_____

2               Order of the Court                23-10858

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION